UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **14-862**

Caption [use short title]

Motion for: **an order compelling plaintiffs-appellants' compliance, holding plaintiffs-appellants in contempt, and for security for costs**

**Midamines SPRL Ltd. and Hassan A. Abbas, Plaintiffs-Appellants**

v.

Set forth below precise, complete statement of relief sought:
(1) compel plaintiffs-appellants to comply with 7/16/2014 and 9/23/2014 orders requiring payment of KBC's costs and fees incurred as a result of the motion to disqualify (DKT #53) and motion to seal (DKT #66); (2) hold plaintiffs-appellants in contempt if their non-compliance persists; and (3) suspend, or if necessary dismiss, this appeal pending plaintiffs-appellants compliance with the above orders, or stay proceedings until plaintiffs-appellants post adequate security

**KBC Bank NV
Defendant-Appellee,**

MOVING PARTY: **KBC Bank NV**   OPPOSING PARTY: **Midamines SPRL Ltd. and Hassan A. Abbas**
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

MOVING ATTORNEY: **Richard A. Martin, Esq.**   OPPOSING ATTORNEY: **Hassan A. Abbas**
[name of attorney, with firm, address, phone number and e-mail]

Orrick, Herrington & Sutcliffe LLP | 19 Don Carlos Drive
51 West 52nd Street, New York, NY 10019 | Hanover Park, Illinois 60133
212-506-5000; rmartin@orrick.com | 630-233-0621; ha.law@hotmail.be

Court-Judge/Agency appealed from: **Hon. Richard J. Sullivan (S.D.N.Y. Case No.12-cv-8089)**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): ___

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this Court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency: ___

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: ___

Signature of Moving Attorney: _[signature]_  Date: **11/12/14**  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)